MATTHEW J. SALCEDO (SBN 237866)
msalcedo@acpmanagement.com
3720 S. Susan Street, Suite 100
Santa Ana, CA 92704
Telephone: (714) 668-8888

Attorney for Plaintiff BGN Fremont Square Ltd.

JEFFREY L. FILLERUP (SBN 120543)
jfillerup@rinconlawllp.com
RINCON LAW LLP
268 Bush Street, Suite 3335
San Francisco, CA 94104
Telephone:  (415) 996-8199

JS-6

Attorneys for Defendant Anytime Fitness, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| BGN FREMONT SQUARE LTD., a California limited partnership,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>365 FITNESS HOLDINGS, LLC, a Washington limited liability company, ANYTIME FITNESS, LLC, a Minnesota limited liability company, JOSEPH M. PLASTINO, LEZLIE PLASTINO, and Does 1-10,<br><br>　　　　　Defendants. | Case No. 2:21-cv-05678-JFW-KK<br><br>**ORDER APPROVING STIPULATION TO DISMISS** |

Based on the Stipulation to Dismiss between Plaintiff BGN Fremont Square

1 Ltd., by and through its attorney of record, Matthew J. Salcedo, and Defendant
2 Anytime Fitness, LLC, by and through its attorney of record, Jeffrey L. Fillerup, and
3 good cause appearing therefor,

**IT IS ORDERED**

That the above-captioned action is dismissed without prejudice, each party to bear its own costs and attorney's fees.

Dated: August 20, 2021

_____
JUDGE JOHN F. WALTER